OPINION — AG — ** DUAL OFFICE HOLDING — SCHOOL BOARD — RURAL COOPERATIVE ** A SCHOOL BOARD MEMBER 'MAY' SERVE AS A BOARD MEMBER, OR MEMBER OTHERWISE, OF A NON PROFIT RURAL WATER DISTRICT. A SCHOOL BOARD MEMBER MAY ALSO SERVE AS A BOARD MEMBER OF A RURAL ELECTRIC COOPERATIVE. A SCHOOL BOARD MEMBER WHO IS A MEMBER OF A NON-PROFIT RURAL WATER DISTRICT 'MAY' SERVE AS A MAINTENANCE MAN OF A RURAL WATER DISTRICT. ** NOTE: SEE OPINION NO. 83-158 — WHICH WITHDRAWS CERTAIN PARTS OF THIS OPINION ** (DUAL OFFICE, CONFLICT OF INTEREST, MUNICIPALITIES, PUBLIC OFFICER) CITE: OPINION NO. 77-167, OPINION NO. 78-205, OPINION NO. 71-164, 51 O.S. 6 [51-6], 82 O.S. 1324.6 [82-1324.6], 82 O.S. 1324.1 [82-1324.1], 82 O.S. 1326 [82-1326], 82 O.S. 1324.7 [82-1324.7], 82 O.S. 1324.3 [82-1324.3], 82 O.S. 1324.1 [82-1324.1], 70 O.S. 5-124 [70-5-124], 62 O.S. 371 [62-371], OPINION NO. 74-181 (R. THOMAS LAY) ** SEE: OPINION NO. 94-603 (1995) **